**No. 10-9889. Franklin Delano Floyd, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 830, 132 S. Ct. 126, 181 L. Ed. 2d 48, 2011 U.S. LEXIS 5682.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 50 So. 3d 1137.